STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

NOT  DESIGNATED  FOR  PUBLICATION

Steven D. Crews
Corkern & Crews, L.L.C.
P. O. Box 1036
Natchitoches LA 71457-1036

REHEARING ACTION: November 10, 2009

Docket Number: 09   00165-CA

CITY OF ALEXANDRIA
VERSUS
ANNRICH INC., LLC

Appealed from Rapides Parish Case No. 227,832

BEFORE JUDGES:

Hon. Sylvia R. Cooks
Hon. Oswald A. Decuir
Hon. J. David Painter

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **State Farm Fire & Casualty Ins. Co.** has this day been

**DENIED.**
Painter, J., would grant rehearing.

cc: Lewis O. Lauve, Counsel for the Appellee
    Stephen E. Everett, Counsel for the Appellee
    Koby D. Boyett, Counsel for the Appellant